IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03499-BNB

WILLARD C. SMITH,

    Applicant,

v.

BOBBY BONNER, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Otero County District Court case number 04CR247, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) The Clerk of the Court is directed to send copies of this order to the

following:

    (1)    Clerk of the Court
           Otero County District Court
           13 W. Third St., Room 207
           La Junta, Colorado 81050; and

    (2)    Assistant Solicitor General
           Appellate Division
           Office of the Attorney General
           1525 Sherman Street
           Denver, Colorado  80203; and

    (3)    Court Services Manager
           State Court Administrator's Office
           101 W. Colfax, Ste. 500
           Denver, Colorado  80202.

DATED at Denver, Colorado, this  1st  day of     May            , 2014.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, Senior Judge
                                      United States District Court