**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03499-REB

WILLARD C. SMITH

      Applicant,
v.

BOBBY BONNER, WARDEN, and
CYNTHIA COFFMAN, Attorney General, State of Colorado

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order on Application for Writ of Habeas Corpus** [#30] of Judge Robert E. Blackburn entered on May 12, 2015 it is

ORDERED that the **Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#10] filed February 12, 2014, is denied; and it is further

ORDERED that this action is dismissed with prejudice.

Dated at Denver, Colorado this 15th day of May, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                  By:  s/   K. Finney
                              K. Finney
                              Deputy Clerk